UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **CV 16-597-DMG (Ex)**                                    Date   May 16, 2016

Title   *Tenley Hardin v. First Pacific Marketing, Ltd, et al.*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

                Kane Tien                                                    Not Reported
              Deputy Clerk                                                 Court Reporter

    Attorneys Present for Plaintiff(s)                        Attorneys Present for Defendant(s)
              Not Present                                                    Not Present

**Proceedings:  IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

        Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Generally, defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States).

        In the present case, it appears that one or more of these time periods has not been met.  Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **May 31, 2016** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

___X___   An answer by the following defendant(s): **Direct Target Group, LLC** and **Lindsey Johnson**.
___X___   Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil
               Procedure;

        It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by this Court.  (Local Rules 7-1 and 7-2.)

        No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.  This action will be dismissed if the above-mentioned document(s) are not filed by the date indicated above.