| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |
|---|---|

CIVIL MINUTES - GENERAL

| Case No. | CV 16-597-DMG (Ex) | Date | July 25, 2016 |
|---|---|---|---|
| Title | *Tenley Hardin v. First Pacific Marketing, Ltd, et al.* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of Plaintiff's Notice of Voluntary Dismissal filed on July 22, 2016 [Doc. # 33], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause dated May 16, 2016 [Doc. # 17] is DISCHARGED.

IT IS SO ORDERED.